**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 1:17-BK-07784 |
| | § | |
| GUY NICKSON | § | |
| | § | |
| | § | |
| Debtor | § | |

**TRUSTEE'S FINAL REPORT (TFR)**

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 03/13/2017. The undersigned trustee was appointed on 03/13/2017.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. § 704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of                                     $20,981.00

   Funds were disbursed in the following amounts:

   | | |
   |---|---:|
   | Payments made under an interim distribution | $0.00 |
   | Administrative expenses | $0.00 |
   | Bank service fees | $73.85 |
   | Other Payments to creditors | $0.00 |
   | Non-estate funds paid to 3rd Parties | $0.00 |
   | Exemptions paid to the debtor | $0.00 |
   | Other payments to the debtor | $0.00 |
   | Leaving a balance on hand of[1] | $20,907.15 |

   The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance on funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursements will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (5/1/2011)**

6. The deadline for filing non-governmental claims in this case was 08/01/2017 and the deadline for filing government claims was 09/09/2017. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $2,840.72. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $2,840.72, for a total compensation of $2,840.72[2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00, and now requests reimbursement for expenses of $86.90, for total expenses of $86.90.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 11/16/2018            By:    /s/ Deborah K. Ebner
                                          Trustee

**STATEMENT:** This Uniform form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

**UST Form 101-7-TFR (5/1/2011)**

**FORM 1** — Page No: 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit A

| | | |
|---|---|---|
| Case No.: | 17-07784-LAH | |
| Case Name: | GUY NICKSON | |
| For the Period Ending: | 11/16/2018 | |

| | | |
|---|---|---|
| Trustee Name: | Deborah K. Ebner | |
| Date Filed (f) or Converted (c): | 03/13/2017 (f) | |
| §341(a) Meeting Date: | 04/20/2017 | |
| Claims Bar Date: | 08/01/2017 | |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA) / Gross Value of Remaining Assets |
| **Ref. #** | | | | | |
| 1  4328 N Albany Ave, Chicago, IL 60618-0000, Cook County Single-family home Entire property value: $440,000.00 | $440,000.00 | $0.00 | OA | $0.00 | FA |
| **Asset Notes:** (E)Order Granting Motion To Compel Abandonment (Related Doc # 58 ). Signed on 08/01/2018. (Davis, Shurray) (Entered: 08/01/2018) | | | | | |
| 2  Ordinary Furnishings for Single Family Home | $2,000.00 | $374.00 | | $0.00 | FA |
| **Asset Notes:** | | | | | |
| 3  3 TVs | $100.00 | $100.00 | | $0.00 | FA |
| **Asset Notes:** | | | | | |
| 4  Ordinary Clothing | $250.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** | | | | | |
| 5  Wedding Band | $100.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** | | | | | |
| 6  Dog | $0.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** | | | | | |
| 7  Cash | $20.00 | $20.00 | | $0.00 | FA |
| **Asset Notes:** | | | | | |
| 8  checking account: Bridgeview Bank x4601 | $2,000.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** | | | | | |
| 9  Checking: Bridgeview Bank #3801 | $0.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** | | | | | |
| 10  Checking: Bridgeview Bank # 2001 | $200.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** | | | | | |
| 11  Wishbone-Lincoln, Inc., 3300 N. Lincoln Ave., Chicago, IL 60657; operating restaurant, 100% ownership | Unknown | $1.00 | | $0.00 | FA |
| 12  Wishbone Restaurant, Inc. -1001 W. Washington Blvd. Chicago, IL 60607, 30% ownership | Unknown | $1.00 | | $0.00 | FA |
| 13  Wishbone-Wabash, Inc. 67 E. Madison Street, Chicago, IL 60603; restaurant no longer operating, 100% ownership | $0.00 | $1.00 | | $0.00 | FA |
| 14  Huse Street, Properties, LLC; real estate holidng company in North Carolina. Owns 1/5 intrest in a real estate parcel, 20% ownership | Unknown | $1.00 | | $15,000.00 | FA |

FORM 1     Page No: 2

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**     Exhibit A
**ASSET CASES**

| Case No.: | 17-07784-LAH | Trustee Name: | Deborah K. Ebner |
|---|---|---|---|
| Case Name: | GUY NICKSON | Date Filed (f) or Converted (c): | 03/13/2017 (f) |
| For the Period Ending: | 11/16/2018 | §341(a) Meeting Date: | 04/20/2017 |
|  |  | Claims Bar Date: | 08/01/2017 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA) / Gross Value of Remaining Assets |
| 15 Nickson Leasing, LLC -, 33% ownership | $200.00 | $200.00 |  | $0.00 | FA |
| 16 IRA: Bridgeview Bank IRA, xxx12H1 | $10,000.00 | $0.00 |  | $0.00 | FA |
| 17 JR Nickson Irrevocable Trust, remaining asset is oil and gas leases held by debtor's father. Debtor is Beneficiary of 1/3 interest with two brothers. | Unknown | $1.00 |  | $0.00 | FA |
| 18 Anticipated Tax Refund 2016: Federal | $6,000.00 | $5,600.00 |  | $3,504.00 | FA |
| 19 Anticipated tax refund 2016: State | $3,000.00 | $3,000.00 |  | $2,477.00 | FA |
| 20 Transamerica Premier Life Insurance - whole/term policy mixture: spouse/son | $200.00 | $0.00 |  | $0.00 | FA |
| **Asset Notes:** |  |  |  |  |  |
| 21 Guy Nickson Legacy Trust    (u) | Unknown | $1.00 |  | $0.00 | FA |
| 22 VOID | $0.00 | $0.00 |  | $0.00 | FA |

**TOTALS (Excluding unknown value)**                        **Gross Value of Remaining Assets**

                         $464,070.00          $9,300.00                     $20,981.00      $0.00

**Major Activities affecting case closing:**

| 07/19/2018 | accountant to prepare taxes; then case is ready for closing |
|---|---|
| 06/28/2018 | Order entered approving sale of debtor interest in Huse Street property EOD 6/28/18. |
| 06/30/2017 | Trustee is working with secured citation creditor to ascertain value of estate assets, and if value of estate exceeds secured creditor's interest in property of estate. Trustee is also reaching out to membership interest holder's in entities in which Debtor has an interest to investigate potential interest in purchase of estate's right title and interest in estate asset. |

**Initial Projected Date Of Final Report (TFR):**    12/31/2020                    /s/ DEBORAH K. EBNER
**Current Projected Date Of Final Report (TFR):**   12/31/2020                    DEBORAH K. EBNER

**FORM 2**
Page No: 1  Exhibit B

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | | |
|---|---|---|---|
| **Case No.** | 17-07784-LAH | **Trustee Name:** | Deborah K. Ebner |
| **Case Name:** | GUY NICKSON | **Bank Name:** | Green Bank |
| **Primary Taxpayer ID #:** | **-***2576 | **Checking Acct #:** | ******8401 |
| **Co-Debtor Taxpayer ID #:** | | **Account Title:** | |
| **For Period Beginning:** | 3/13/2017 | **Blanket bond (per case limit):** | $5,000,000.00 |
| **For Period Ending:** | 11/16/2018 | **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |
| 04/27/2018 | (18) | Guy Nickson | non exempt portion of tax refund | 1124-000 | $3,504.00 | | $3,504.00 |
| 04/30/2018 | | Green Bank | Bank Service Fee | 2600-000 | | $0.18 | $3,503.82 |
| 05/15/2018 | (19) | Guy Nickson | IDOR refund | 1124-000 | $2,477.00 | | $5,980.82 |
| 05/31/2018 | | Walmart | abandoned funds notice forwarded by US Mail | 1280-000 | $2,818.27 | | $8,799.09 |
| 05/31/2018 | | Green Bank | Bank Service Fee | 2600-000 | | $7.71 | $8,791.38 |
| 06/04/2018 | | Walmart | abandoned funds notice forwarded by US Mail | 1280-000 | ($2,818.27) | | $5,973.11 |
| 06/04/2018 | | Walmart | abandoned funds notice forwarded by US Mail, and inadvertently deposited into the wrong case. I contacted Trustee Solutions to transfer the deposit to the IMG8 case, and TS initial correction had to be reserved per bank | 1280-000 | $2,818.27 | | $8,791.38 |
| 06/04/2018 | 3001 | D. Ebner, Trustee of IMG8 | Deposit of 5/31/18 from Walmart was deposited into wrong case. Writing new check to deposit funds into correct case. (My options to correct this error are either writing a check or wiring the funds.) | 1280-000 | ($2,818.27) | | $5,973.11 |
| 06/29/2018 | | Green Bank | Bank Service Fee | 2600-000 | | $10.22 | $5,962.89 |
| 07/18/2018 | (14) | Huse Street Properties | receipt of debtor interest in Huse Street Proprerties | 1129-000 | $15,000.00 | | $20,962.89 |
| 07/31/2018 | | Green Bank | Bank Service Fee | 2600-000 | | $18.68 | $20,944.21 |
| 08/31/2018 | | Green Bank | Bank Service Fee | 2600-000 | | $37.06 | $20,907.15 |

**SUBTOTALS** $20,981.00  $73.85

Page No: 2 Exhibit B

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No.: | 17-07784-LAH | Trustee Name: | Deborah K. Ebner |
|---|---|---|---|
| Case Name: | GUY NICKSON | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***2576 | Checking Acct #: | ******8401 |
| Co-Debtor Taxpayer ID #: | | Account Title: | |
| For Period Beginning: | 3/13/2017 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 11/16/2018 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

|  |  |  | **TOTALS:** | | $20,981.00 | $73.85 | $20,907.15 |
|---|---|---|---|---|---|---|---|
| | | | Less: Bank transfers/CDs | | $0.00 | $0.00 | |
| | | | **Subtotal** | | $20,981.00 | $73.85 | |
| | | | Less: Payments to debtors | | $0.00 | $0.00 | |
| | | | **Net** | | $20,981.00 | $73.85 | |

**For the period of 3/13/2017 to 11/16/2018**

| | |
|---|---|
| Total Compensable Receipts: | $20,981.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $20,981.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $73.85 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $73.85 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the account between 04/27/2018 to 11/16/2018**

| | |
|---|---|
| Total Compensable Receipts: | $20,981.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $20,981.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $73.85 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $73.85 |
| Total Internal/Transfer Disbursements: | $0.00 |

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page No: 3     Exhibit B

| Case No. | 17-07784-LAH | Trustee Name: | Deborah K. Ebner |
|---|---|---|---|
| Case Name: | GUY NICKSON | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***2576 | Checking Acct #: | ******8401 |
| Co-Debtor Taxpayer ID #: | | Account Title: | |
| For Period Beginning: | 3/13/2017 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 11/16/2018 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

|  | TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|---|
|  |  | $20,981.00 | $73.85 | $20,907.15 |

**For the period of 3/13/2017 to 11/16/2018**

| | |
|---|---:|
| Total Compensable Receipts: | $20,981.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $20,981.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $73.85 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $73.85 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the case between 03/13/2017 to 11/16/2018**

| | |
|---|---:|
| Total Compensable Receipts: | $20,981.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $20,981.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $73.85 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $73.85 |
| Total Internal/Transfer Disbursements: | $0.00 |

/s/ DEBORAH K. EBNER

DEBORAH K. EBNER

CLAIM ANALYSIS REPORT                                                                                              Page No: 1      Exhibit C

| Case No. | 17-07784-LAH | | | | | | | | Trustee Name: | Deborah K. Ebner | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Case Name: | GUY NICKSON | | | | | | | | Date: | 11/16/2018 | |
| Claims Bar Date: | 08/01/2017 | | | | | | | | | | |

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | DEBORAH K. EBNER P.O. Box 929 Glenview IL 60025 | 10/25/2017 | Trustee Compensation | Allowed | 2100-000 | $0.00 | $2,840.72 | $2,840.72 | $0.00 | $0.00 | $0.00 | $2,840.72 |
| | DEBORAH K. EBNER P.O. Box 929 Glenview IL 60025 | 10/25/2017 | Trustee Expenses | Allowed | 2200-000 | $0.00 | $86.90 | $86.90 | $0.00 | $0.00 | $0.00 | $86.90 |
| | LOIS WEST 35 E. Wacker Drive, Suite 690 Chicago IL 60601 | 11/12/2018 | Accountant for Trustee Fees (Trustee Firm) | Allowed | 3310-000 | $0.00 | $1,007.00 | $1,007.00 | $0.00 | $0.00 | $0.00 | $1,007.00 |

Claim Notes:    Order Granting Application to Employ Lois West and Kutchins, Robbins & Diamond, Ltd., as Accountant (Related Doc # 55). Signed on 6/28/2018. (Williams, Daphne) (Entered: 06/29/2018)

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | WILLIAM J FACTOR 105 W Madison St Suite 1500 Chicago IL 60602 | 11/13/2018 | Attorney for Trustee Expenses (Trustee Firm) | Allowed | 3120-000 | $0.00 | $635.55 | $635.55 | $0.00 | $0.00 | $0.00 | $635.55 |
| | WILLIAM J FACTOR 105 W Madison St Suite 1500 Chicago IL 60602 | 11/12/2018 | Attorney for Trustee Fees (Trustee Firm) | Allowed | 3110-000 | $0.00 | $11,937.50 | $11,937.50 | $0.00 | $0.00 | $0.00 | $11,937.50 |
| 1 | MALLERS BUILDING LLC Richard Kessler 300 N LaSalle Street Suite 1400 Chicago IL 60654 | 06/16/2017 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $310,752.02 | $310,752.02 | $0.00 | $0.00 | $0.00 | $310,752.02 |
| 2 | AMERICAN EXPRESS BANK, FSB C/O BECKET AND LEE LLP PO Box 3001 Malvern PA | 06/28/2017 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $1,411.76 | $1,411.76 | $0.00 | $0.00 | $0.00 | $1,411.76 |

| Case No. | 17-07784-LAH | | | | | | | Trustee Name: | Deborah K. Ebner | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Case Name: | GUY NICKSON | | | | | | | Date: | 11/16/2018 | | |
| Claims Bar Date: | 08/01/2017 | | | | | | | | | | |

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 3 | AMERICAN EXPRESS CENTURION BANK C/O BECKET AND LEE LLP<br>PO Box 3001<br>Malvern PA | 06/28/2017 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $720.70 | $720.70 | $0.00 | $0.00 | $0.00 | $720.70 |
| 4 | PYOD, LLC ITS SUCCESSORS AND ASSIGNS AS ASSIGNEE OF CITIBANK, N.A. RESURGENT CAPITAL SERVICES<br>PO Box 19008<br>Greenville SC 29602 | 07/27/2017 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $1,791.18 | $1,791.18 | $0.00 | $0.00 | $0.00 | $1,791.18 |
| 5 | REINHART FOODSERVICE, LLC PHILLIP JAMES ADDIS<br>504 Main St. Suite 200<br>La Crosse WI | 07/26/2017 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $15,240.12 | $15,240.12 | $0.00 | $0.00 | $0.00 | $15,240.12 |
| 6 | JOEL NICKSON<br>604 S Euclid Ave<br>Oak Park IL 60304 | 07/31/2017 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | | | | | | $346,423.45 | $346,423.45 | $0.00 | $0.00 | $0.00 | $346,423.45 |

**CLAIM ANALYSIS REPORT**  Page No: 3    Exhibit C

| | | | |
|---|---|---|---|
| **Case No.** | 17-07784-LAH | **Trustee Name:** | Deborah K. Ebner |
| **Case Name:** | GUY NICKSON | **Date:** | 11/16/2018 |
| **Claims Bar Date:** | 08/01/2017 | | |

**CLAIM CLASS SUMMARY TOTALS**

| Claim Class | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|
| Accountant for Trustee Fees (Trustee Firm) | $1,007.00 | $1,007.00 | $0.00 | $0.00 | $0.00 | $1,007.00 |
| Attorney for Trustee Expenses (Trustee Firm) | $635.55 | $635.55 | $0.00 | $0.00 | $0.00 | $635.55 |
| Attorney for Trustee Fees (Trustee Firm) | $11,937.50 | $11,937.50 | $0.00 | $0.00 | $0.00 | $11,937.50 |
| General Unsecured § 726(a)(2) | $329,915.78 | $329,915.78 | $0.00 | $0.00 | $0.00 | $329,915.78 |
| Trustee Compensation | $2,840.72 | $2,840.72 | $0.00 | $0.00 | $0.00 | $2,840.72 |
| Trustee Expenses | $86.90 | $86.90 | $0.00 | $0.00 | $0.00 | $86.90 |

Exhibit D

**TRUSTEE'S PROPOSED DISTRIBUTION**

Case No.:      1:17-BK-07784
Case Name:     GUY NICKSON
Trustee Name:  Deborah K. Ebner

Balance on hand: $20,907.15

Claims of secured creditors will be paid as follows: NONE

Total to be paid to secured creditors: $0.00
Remaining balance: $20,907.15

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---:|---:|---:|
| Deborah K. Ebner, Trustee Fees | $2,840.72 | $0.00 | $2,840.72 |
| Deborah K. Ebner, Trustee Expenses | $86.90 | $0.00 | $86.90 |
| WILLIAM J FACTOR, Attorney for Trustee Fees | $11,937.50 | $0.00 | $11,937.50 |
| WILLIAM J FACTOR, Attorney for Trustee Expenses | $635.55 | $0.00 | $635.55 |
| Lois West, Accountant for Trustee Fees | $1,007.00 | $0.00 | $1,007.00 |

Total to be paid for chapter 7 administrative expenses: $16,507.67
Remaining balance: $4,399.48

Applications for prior chapter fees and administrative expenses have been filed as follows: NONE

Total to be paid to prior chapter administrative expenses: $0.00
Remaining balance: $4,399.48

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are: NONE

**UST Form 101-7-TFR (5/1/2011)**

|  | Total to be paid to priority claims: | $0.00 |
|---|---|---|
|  | Remaining balance: | $4,399.48 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $329,915.78 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 1.3 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|
| 1 | Mallers Building LLC | $310,752.02 | $0.00 | $4,143.93 |
| 2 | American Express Bank, FSB c/o Becket and Lee LLP | $1,411.76 | $0.00 | $18.82 |
| 3 | American Express Centurion Bank c/o Becket and Lee LLP | $720.70 | $0.00 | $9.61 |
| 4 | PYOD, LLC its successors and assigns as assignee of Citibank, N.A. Resurgent Capital Services | $1,791.18 | $0.00 | $23.89 |
| 5 | Reinhart FoodService, LLC Phillip James Addis | $15,240.12 | $0.00 | $203.23 |
| 6 | Joel Nickson | $0.00 | $0.00 | $0.00 |

|  | Total to be paid to timely general unsecured claims: | $4,399.48 |
|---|---|---|
|  | Remaining balance: | $0.00 |

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows: NONE

|  | Total to be paid to tardily filed general unsecured claims: | $0.00 |
|---|---|---|
|  | Remaining balance: | $0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

**UST Form 101-7-TFR (5/1/2011)**

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows: NONE

|  |  |
|---|---|
| Total to be paid for subordinated claims: | $0.00 |
| Remaining balance: | $0.00 |

**UST Form 101-7-TFR (5/1/2011)**