UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.: 17-07784 |
| Guy Nickson | ) | |
| | ) | Chapter: 7 |
| | ) | Honorable LaShonda Hunt |
| | ) | |
| | ) | |
| Debtor(s) | ) | |

**ORDER APPROVING FACTORLAW'S FIRST AND FINAL APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES**

    This matter coming to be heard on the Final Fee Application (the "Application") of Ariane Holtschlag and the Law Office of William J. Factor, Ltd. (collectively "FactorLaw") for Compensation and Reimbursement of Expenses, as counsel to Deborah Kanner Ebner, not individually but as the chapter 7 trustee (the "Trustee") of the bankruptcy estate (the "Estate") of Guy Nickson; and the Court finding that (a) the Court has jurisdiction to consider the Application and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334, (b) the relief requested therein is a core proceeding pursuant to 28 U.S.C. § 157(b), (c) venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409, and (d) due notice having issued to the Debtor and his Counsel, the Office of United States Trustee, those specifically requesting notice, and those creditors who have filed claims and the Court finding that that no other or further notice is required; and the Court having reviewed the Application and being otherwise advised in the premises; IT IS HEREBY ORDERED THAT:

    1. FactorLaw is hereby awarded and allowed fees in the amount of $11,937.50 for services rendered to the Trustee during the period of April 20, 2017 - October 23, 2018, which compensation shall be allowed costs of administration under 11 U.S.C. § 503(a)(2).

    2. FactorLaw is hereby awarded and allowed reimbursement of actual, necessary expenses in the amount of $635.55 which shall be allowed costs of administration under 11 U.S.C. § 503(a)(2).

    3. The Trustee is authorized to pay FactorLaw the total amount of $12,573.05.

Enter:

*LaShonda A. Hunt*

Honorable LaShonda A. Hunt
United States Bankruptcy Judge

Dated: January 10, 2019

**Prepared by:**

William J. Factor (6205675)
Ariane Holtschlag (6294327)
FACTORLAW
105 W. Madison, Suite 1500
Chicago, IL 60602
Tel: (312) 878-4830
Fax: (847) 574-8233