UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | Case No. 1:17-BK-07784 |
| | § | |
| GUY NICKSON | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT
CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

Deborah K. Ebner, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: *(without deducting any secured claims)* | $2,320.00 | Assets Exempt: | $468,350.00 |
| Total Distributions to Claimants: | $4,399.48 | Claims Discharged Without Payment: | $325,516.30 |
| Total Expenses of Administration: | $16,581.52 | | |

3) Total gross receipts of $20,981.00 (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $20,981.00 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (10/1/2010)

|  | **CLAIMS SCHEDULED** | **CLAIMS ASSERTED** | **CLAIMS ALLOWED** | **CLAIMS PAID** |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| Priority Claims: | | | | |
| Chapter 7 Admin. Fees and Charges (from **Exhibit 4**) | NA | $16,581.52 | $16,581.52 | $16,581.52 |
| Prior Chapter Admin. Fees and Charges (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Unsecured Claims (From **Exhibit 6**) | $0.00 | $0.00 | $0.00 | $0.00 |
| General Unsecured Claims (from **Exhibit 7**) | $308,354.88 | $329,915.78 | $329,915.78 | $4,399.48 |
| **Total Disbursements** | $308,354.88 | $346,497.30 | $346,497.30 | $20,981.00 |

4). This case was originally filed under chapter 7 on 03/13/2017. The case was pending for 23 months.

5). All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6). An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 02/19/2019     By:  /s/ Deborah K. Ebner
                           Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE | AMOUNT RECEIVED |
|---|---|---|
| Anticipated Tax Refund 2016: Federal | 1124-000 | $3,504.00 |
| Anticipated tax refund 2016: State | 1124-000 | $2,477.00 |
| Huse Street, Properties, LLC; real estate holidng company in North Carolina. Owns 1/5 intrest in a real estate parcel, 2 | 1129-000 | $15,000.00 |
| D. Ebner, Trustee of IMG8 | 1280-000 | ($2,818.27) |
| Walmart | 1280-000 | ($2,818.27) |
| Walmart | 1280-000 | $2,818.27 |
| **TOTAL GROSS RECEIPTS** | | **$18,162.73** |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES
NONE

### EXHIBIT 3 – SECURED CLAIMS
NONE

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Deborah K. Ebner, Trustee | 2100-000 | NA | $2,840.72 | $2,840.72 | $2,840.72 |
| Deborah K. Ebner, Trustee | 2200-000 | NA | $86.90 | $86.90 | $86.90 |
| Green Bank | 2600-000 | NA | $73.85 | $73.85 | $73.85 |
| WILLIAM J FACTOR, Attorney for Trustee | 3110-000 | NA | $11,937.50 | $11,937.50 | $11,937.50 |
| WILLIAM J FACTOR, Attorney for Trustee | 3120-000 | NA | $635.55 | $635.55 | $635.55 |
| Lois West, Accountant for Trustee | 3310-000 | NA | $1,007.00 | $1,007.00 | $1,007.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | $16,581.52 | $16,581.52 | $16,581.52 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES
NONE

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

UST Form 101-7-TDR (10/1/2010)

NONE

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Mallers Building LLC | 7100-000 | $292,717.72 | $310,752.02 | $310,752.02 | $4,143.93 |
| 2 | American Express Bank, FSB c/o Becket and Lee LLP | 7100-000 | $1,381.00 | $1,411.76 | $1,411.76 | $18.82 |
| 3 | American Express Centurion Bank c/o Becket and Lee LLP | 7100-000 | $301.00 | $720.70 | $720.70 | $9.61 |
| 4 | PYOD, LLC its successors and assigns as assignee of Citibank, N.A. Resurgent Capital Services | 7100-000 | $0.00 | $1,791.18 | $1,791.18 | $23.89 |
| 5 | Reinhart FoodService, LLC Phillip James Addis | 7100-000 | $13,955.16 | $15,240.12 | $15,240.12 | $203.23 |
| 6 | Joel Nickson | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $308,354.88 | $329,915.78 | $329,915.78 | $4,399.48 |

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page No.: 1

Exhibit 8

| Case No.: | 17-07784-LAH | Trustee Name: | Deborah K. Ebner |
|---|---|---|---|
| Case Name: | GUY NICKSON | Date Filed (f) or Converted (c): | 03/13/2017 (f) |
| For the Period Ending: | 2/19/2019 | §341(a) Meeting Date: | 04/20/2017 |
| | | Claims Bar Date: | 08/01/2017 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref. # | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA) / Gross Value of Remaining Assets |
| 1 | 4328 N Albany Ave, Chicago, IL 60618-0000, Cook County Single-family home Entire property value: $440,000.00 | $440,000.00 | $0.00 | OA | $0.00 | FA |
| **Asset Notes:** | (E)Order Granting Motion To Compel Abandonment (Related Doc # 58 ). Signed on 08/01/2018. (Davis, Shurray) (Entered: 08/01/2018) | | | | | |
| 2 | Ordinary Furnishings for Single Family Home | $2,000.00 | $374.00 | | $0.00 | FA |
| **Asset Notes:** | | | | | | |
| 3 | 3 TVs | $100.00 | $100.00 | | $0.00 | FA |
| **Asset Notes:** | | | | | | |
| 4 | Ordinary Clothing | $250.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** | | | | | | |
| 5 | Wedding Band | $100.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** | | | | | | |
| 6 | Dog | $0.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** | | | | | | |
| 7 | Cash | $20.00 | $20.00 | | $0.00 | FA |
| **Asset Notes:** | | | | | | |
| 8 | checking account: Bridgeview Bank x4601 | $2,000.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** | | | | | | |
| 9 | Checking: Bridgeview Bank #3801 | $0.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** | | | | | | |
| 10 | Checking: Bridgeview Bank # 2001 | $200.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** | | | | | | |
| 11 | Wishbone-Lincoln, Inc., 3300 N. Lincoln Ave., Chicago, IL 60657; operating restaurant, 100% ownership | Unknown | $1.00 | | $0.00 | FA |
| 12 | Wishbone Restaurant, Inc. -1001 W. Washington Blvd. Chicago, IL 60607, 30% ownership | Unknown | $1.00 | | $0.00 | FA |
| 13 | Wishbone-Wabash, Inc. 67 E. Madison Street, Chicago, IL 60603; restaurant no longer operating, 100% ownership | $0.00 | $1.00 | | $0.00 | FA |
| 14 | Huse Street, Properties, LLC; real estate holidng company in North Carolina. Owns 1/5 intrest in a real estate parcel, 20% ownership | Unknown | $1.00 | | $15,000.00 | FA |

FORM 1

Page No: 2

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

Exhibit 8

ASSET CASES

| Case No.: | 17-07784-LAH | Trustee Name: | Deborah K. Ebner |
|---|---|---|---|
| Case Name: | GUY NICKSON | Date Filed (f) or Converted (c): | 03/13/2017 (f) |
| For the Period Ending: | 2/19/2019 | §341(a) Meeting Date: | 04/20/2017 |
| | | Claims Bar Date: | 08/01/2017 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA) / Gross Value of Remaining Assets |
| 15 | Nickson Leasing, LLC -, 33% ownership | $200.00 | $200.00 | | $0.00 | FA |
| 16 | IRA: Bridgeview Bank IRA, xxx12H1 | $10,000.00 | $0.00 | | $0.00 | FA |
| 17 | JR Nickson Irrevocable Trust, remaining asset is oil and gas leases held by debtor's father. Debtor is Beneficiary of 1/3 interest with two brothers. | Unknown | $1.00 | | $0.00 | FA |
| 18 | Anticipated Tax Refund 2016: Federal | $6,000.00 | $5,600.00 | | $3,504.00 | FA |
| 19 | Anticipated tax refund 2016: State | $3,000.00 | $3,000.00 | | $2,477.00 | FA |
| 20 | Transamerica Premier Life Insurance - whole/term policy mixture: spouse/son | $200.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** | | | | | | |
| 21 | Guy Nickson Legacy Trust (u) | Unknown | $1.00 | | $0.00 | FA |
| 22 | VOID | $0.00 | $0.00 | | $0.00 | FA |

**TOTALS (Excluding unknown value)**

**Gross Value of Remaining Assets**

$464,070.00       $9,300.00       $20,981.00       $0.00

**Major Activities affecting case closing:**

07/19/2018  accountant to prepare taxes; then case is ready for closing

06/28/2018  Order entered approving sale of debtor interest in Huse Street property EOD 6/28/18.

06/30/2017  Trustee is working with secured citation creditor to ascertain value of estate assets, and if value of estate exceeds secured creditor 's interest in property of estate. Trustee is also reaching out to membership interest holder's in entities in which Debtor has an interest to investigate potential interest in purchase of estate's right title and interest in estate asset.

| | | |
|---|---|---|
| **Initial Projected Date Of Final Report (TFR):** | 12/31/2020 | /s/ DEBORAH K. EBNER |
| **Current Projected Date Of Final Report (TFR):** | 12/31/2020 | DEBORAH K. EBNER |

| Case No. | 17-07784-LAH | Trustee Name: | Deborah K. Ebner |
| --- | --- | --- | --- |
| Case Name: | GUY NICKSON | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***2576 | Checking Acct #: | ******8401 |
| Co-Debtor Taxpayer ID #: |  | Account Title: |  |
| For Period Beginning: | 3/13/2017 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 2/19/2019 | Separate bond (if applicable): |  |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 04/27/2018 | (18) | Guy Nickson | non exempt portion of tax refund | 1124-000 | $3,504.00 |  | $3,504.00 |
| 04/30/2018 |  | Green Bank | Bank Service Fee | 2600-000 |  | $0.18 | $3,503.82 |
| 05/15/2018 | (19) | Guy Nickson | IDOR refund | 1124-000 | $2,477.00 |  | $5,980.82 |
| 05/31/2018 |  | Walmart | abandoned funds notice forwarded by US Mail | 1280-000 | $2,818.27 |  | $8,799.09 |
| 05/31/2018 |  | Green Bank | Bank Service Fee | 2600-000 |  | $7.71 | $8,791.38 |
| 06/04/2018 |  | Walmart | abandoned funds notice forwarded by US Mail | 1280-000 | ($2,818.27) |  | $5,973.11 |
| 06/04/2018 |  | Walmart | abandoned funds notice forwarded by US Mail, and inadvertently deposited into the wrong case. I contacted Trustee Solutions to transfer the deposit to the IMG8 case, and TS initial correction had to be reserved per bank | 1280-000 | $2,818.27 |  | $8,791.38 |
| 06/04/2018 | 3001 | D. Ebner, Trustee of IMG8 | Deposit of 5/31/18 from Walmart was deposited into wrong case. Writing new check to deposit funds into correct case. (My options to correct this error are either writing a check or wiring the funds.) | 1280-000 | ($2,818.27) |  | $5,973.11 |
| 06/29/2018 |  | Green Bank | Bank Service Fee | 2600-000 |  | $10.22 | $5,962.89 |
| 07/18/2018 | (14) | Huse Street Properties | receipt of debtor interest in Huse Street Propreties | 1129-000 | $15,000.00 |  | $20,962.89 |
| 07/31/2018 |  | Green Bank | Bank Service Fee | 2600-000 |  | $18.68 | $20,944.21 |
| 08/31/2018 |  | Green Bank | Bank Service Fee | 2600-000 |  | $37.06 | $20,907.15 |
| 01/12/2019 | 3002 | Deborah K. Ebner |  | 2200-000 |  | $86.90 | $20,820.25 |
| 01/12/2019 | 3003 | Deborah K. Ebner |  | 2100-000 |  | $2,840.72 | $17,979.53 |
| 01/12/2019 | 3004 | Lois West |  | 3310-000 |  | $1,007.00 | $16,972.53 |
| 01/12/2019 | 3005 | WILLIAM J FACTOR |  | 3110-000 |  | $11,937.50 | $5,035.03 |
| 01/12/2019 | 3006 | WILLIAM J FACTOR |  | 3120-000 |  | $635.55 | $4,399.48 |
| 01/12/2019 | 3007 | Mallers Building LLC |  | 7100-000 |  | $4,143.93 | $255.55 |
| 01/12/2019 | 3008 | American Express Bank, FSB c/o Becket and Lee LLP |  | 7100-000 |  | $18.82 | $236.73 |
| 01/12/2019 | 3009 | American Express Centurion Bank c/o Becket and Lee LLP |  | 7100-000 |  | $9.61 | $227.12 |

SUBTOTALS  $20,981.00  $20,753.88

**FORM 2** Page No: 2 Exhibit 9

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 17-07784-LAH | Trustee Name: | Deborah K. Ebner |
|---|---|---|---|
| Case Name: | GUY NICKSON | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***2576 | Checking Acct #: | ******8401 |
| Co-Debtor Taxpayer ID #: | | Account Title: | |
| For Period Beginning: | 3/13/2017 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 2/19/2019 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 01/12/2019 | 3010 | PYOD, LLC its successors and assigns as assignee of Citibank, N.A. Resurgent Capital | | 7100-000 | | $23.89 | $203.23 |
| 01/12/2019 | 3011 | Reinhart FoodService, LLC Phillip James Addis | | 7100-000 | | $203.23 | $0.00 |
| | | | **TOTALS:** | | $20,981.00 | $20,981.00 | $0.00 |
| | | | Less: Bank transfers/CDs | | $0.00 | $0.00 | |
| | | | **Subtotal** | | $20,981.00 | $20,981.00 | |
| | | | Less: Payments to debtors | | $0.00 | $0.00 | |
| | | | **Net** | | $20,981.00 | $20,981.00 | |

**For the period of 3/13/2017 to 2/19/2019**

| | |
|---|---|
| Total Compensable Receipts: | $20,981.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $20,981.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $20,981.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $20,981.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the account between 04/27/2018 to 2/19/2019**

| | |
|---|---|
| Total Compensable Receipts: | $20,981.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $20,981.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $20,981.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $20,981.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

FORM 2 Page No: 3 Exhibit 9

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 17-07784-LAH | Trustee Name: | Deborah K. Ebner |
|---|---|---|---|
| Case Name: | GUY NICKSON | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***2576 | Checking Acct #: | ******8401 |
| Co-Debtor Taxpayer ID #: | | Account Title: | |
| For Period Beginning: | 3/13/2017 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 2/19/2019 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|
| | $20,981.00 | $20,981.00 | $0.00 |

**For the period of 3/13/2017 to 2/19/2019**

| | |
|---|---|
| Total Compensable Receipts: | $20,981.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $20,981.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $20,981.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $20,981.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the case between 03/13/2017 to 2/19/2019**

| | |
|---|---|
| Total Compensable Receipts: | $20,981.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $20,981.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $20,981.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $20,981.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

/s/ DEBORAH K. EBNER

DEBORAH K. EBNER